BUD COLLINS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HILLPOT FARM STORES, INC., DEFENDANT-PETITIONER.

*Mr. Thomas D. Nary* and *Mr. Edwin J. Fox* for the petitioner.

*Mr. Thomas F. Shebell* and *Mr. Peter Shebell, Jr.* for the respondents.

September 16, 1963.   Denied.

FRANK DAKO, PLAINTIFF-RESPONDENT, v. THE CALIFORNIA OIL COMPANY, DEFENDANT-PETITIONER.

*Messrs. Forman & Forman* and *Messrs. Barshay & Indick* for the petitioner.

*Messrs. Kovacs, Anderson & Brigiani* for the respondent.

September 16, 1963.   Denied.